## FELKEL vs. HICKS & CO.

[TROVER FOR CONVERSION OF SLAVE.]

1. *Waiver of objection to amendment of complaint.*—After the pleadings have been made up by consent, and a jury has been selected for the trial of the cause, it is too late to object to the allowance of an amendment to the complaint at a previous term, although the minute entry of that term recites that the defendant excepted to the allowance of the amendment.

APPEAL from the Circuit Court of Autauga.

Tried before the Hon. C. W. RAPIER.

THE original summons and complaint in this case were in the name of "Lewis Houser, guardian of Mary A. Felkel, who sues for the use of the said Mary A. Felkel;" but at the spring term, 1856, on motion of the plaintiff, the complaint was so amended as to make Mary A. Felkel, "a minor, who sues by her next friend John A. Houser," the plaintiff; the minute entry reciting that the defendant excepted to the allowance of the amendment. At the October term, 1857, as the bill of exceptions recites, when the cause was called for trial, the plaintiff's marriage with one A. W. Sinclair was suggested to the court, and leave was granted to her to proceed in the name acquired by her marriage. "The pleadings in the cause were then made up, by agreement between the counsel of the parties, that the defendant might, under the plea of not guilty, give in evidence any matter that might be specially pleaded, and that the plaintiff might also give in evidence any matter that might be replied. The jury were then selected, and thereupon the defendant moved the court to strike the cause from the docket," on account

3

of the allowance of the amendment above mentioned. The granting of this motion, to which the plaintiff excepted, is now assigned as error.

ELMORE & YANCEY, for the appellant.

WATTS, JUDGE & JACKSON, contra.

STONE, J.—The complaint in this case was amended, and by consent, and without objection, an issue to the merits was made up; and afterwards a jury was selected for the trial of the cause. After this, it was too late to object to the allowance of the amendment.—Bryan v. Wilson, 27 Ala. 208; Gager v. Gordon, 29 Ala. 341, and authorities cited.

The judgment of the circuit court is reversed, and the cause remanded.